UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SUSAN SEAMAN<br><br>Plaintiff,<br><br>-against-<br><br>SALLIE MAE, INC.<br><br>Defendant. | No. 2:13-cv-03435-JFB-GRB<br><br><br>PLAINTIFF'S MOTION TO WITHDRAW ATTORNEY ADAM HILL'S APPEARANCE |

NOW COMES Plaintiff, Susan Seaman ("Plaintiff"), through her attorneys, Krohn & Moss, Ltd., and hereby files this Motion to Withdraw the appearance of Adam Hill as counsel for Plaintiff in the matter. In support of this Motion, Plaintiff states as follows:

1. On June 17, 2013, Plaintiff filed the instant action against Defendant Sallie Mae, INC ("Defendant"), alleging violation of the FDCPA. [Doc. No. 1]

2. Plaintiff identified Adam Hill of the law firm Krohn & Moss, Ltd, as lead counsel for Plaintiff. [Doc. No. 1] Mr. Hill is leaving the law firm of Krohn & Moss, Ltd and therefore,

3. Attorney Shireen Hormozdi, also of Krohn & Moss, Ltd., entered her appearance on November 4, 2013. [Doc. No. 19]

4. Accordingly, Plaintiff request Mr. Hill to be removed as counsel in this matter. Plaintiff has contact Defendant's counsel and Defendant does not object to Adam Hill's withdraw in this matter.

WHEREFORE, Plaintiff, respectfully request this Honorable court to grant Plaintiff's Motion and Withdraw Adam Hill's appearance as counsel in this matter.

1

Dated: November 18, 2013								RESPECTFULLY SUBMITTED,

By: s/ Adam T. Hill
    Adam T. Hill
    KROHN & MOSS, LTD.
    10 N. Dearborn St., 3rd Fl.
    Chicago, Illinois 60602
    Telephone:  312-578-9428
    Telefax:  866-802-0021
    ahill@consumerlawcenter.com
    Attorney for Plaintiff

## CERTIFICATE OF SERVICE

    I, the undersigned, hereby certify that on November 18, 2013, I filed with the Clerk of Court the foregoing, **Plaintiff' Motion to Withdraw Appearance of Adam Hill** via the Court's CM/ECF system, which will send notification to all counsel of record including the following:

Aaron R Easley
Sessions Fishman Nathan & Israel LLC
3 Cross Creek Drive
Flemington, NJ 08822

Dated: November 18, 2013					By: s/ Adam Hill
    Adam Hill